UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMANDA ADAMKAVICIUS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 23-3571 (ABJ) |
| ISLAMIC REPUBLIC OF IRAN, | ) ) ) | |
| Defendant. | ) ) | |

## CASE MANAGEMENT ORDER

Upon consideration of plaintiffs' Motion for Entry of a Case-Management Order [Dkt. # 29] and their Motion for Leave to Conduct Third-Party Discovery [Dkt. # 30], it is hereby **ORDERED** that both motions are **GRANTED**.

It is further **ORDERED** that:

1. On or before October 15, 2024, plaintiffs shall file a Motion for Default Judgment for an initial set of attacks ("Tranche 1"). This motion may ask the Court to take judicial notice of the evidence presented and the facts found in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835 (D.D.C.) (JDB). The motion must also include the requisite material for the Court to consider the damages claims of a subset of the Tranche 1 plaintiffs.

2. Thirty days after the Court resolves the Motion for Default Judgment and issues initial damages awards, if any, plaintiffs must file a proposed administrative plan governing the appointment of a Special Master or Special Masters and propose Special Masters to prepare Reports and Recommendations on standing and damages for the remaining Tranche 1 plaintiffs.

3. Within 90 days of the Court's appointment of Special Masters, plaintiffs must submit written evidence of standing and damages to the Special Masters.

4. Within 90 days of receiving plaintiffs' submission, the Special Masters must complete their Reports and Recommendations with proposed findings and damages awards for the remaining Tranche 1 plaintiffs and submit them to the plaintiffs and the Court.

5. Plaintiffs must submit proposed case-management order to govern the adjudication of the remaining claims ("Tranche 2") within 30 days of the submission of the Tranche 1 Reports and Recommendations to the Court.

In the meantime, it is further **ORDERED** that plaintiffs may embark on the third-party discovery described in their motion [Dkt. # 30] and serve requests for government records related to defendant's liability for the Tranche 2 attacks.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  October 7, 2024