IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMANDA ADAMKAVICIUS, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:23-cv-03571-ABJ |

## PROPOSED FINDINGS OF FACT

Plaintiffs submit the below proposed findings of fact in support of their motion for default judgment. Judge Bates reached almost all these findings of fact in *Cabrera v. Islamic Republic of Iran*, No. 1:19-cv-3835 (D.D.C.).[1] This Court should take judicial notice of the evidence and reach the same conclusions. *See* Mem. at Part II.A (discussing the role of judicial notice in FSIA matters).

## I. The Taliban-Led Syndicate

1. From at least 2006 to 2019, multiple terrorist groups operated in Afghanistan. *Cabrera v. Islamic Republic of Iran*, 2023 WL 3496303, at *6 (D.D.C. July 19, 2022) ("Bellwether Op."). Most prominent was the Taliban. *Id.* (citing Ex. A at 25:24-26:21 (Roggio)).[2] Many of these terrorist groups combined in a terrorist "syndicate"—"a group of

---

[1] The proposed factual findings are organized into general proposed facts that are relevant to all attacks in this case and specific proposed facts that are relevant to the 14 attacks at issue in this motion. Because this case includes attacks that occurred after the 2006 to 2019 period at issue in *Cabrera*, Plaintiffs have also submitted new evidence and proposed additional general factual findings for the later time period.

[2] "Ex." refers to the Exhibits attached to the Declaration of James A. Ruck (Oct. 15, 2024) accompanying this Motion: Ex. A (Oct. 18 bellwether hearing transcript, *Cabrera* Dkt. 62-63); Ex. B (Oct. 19 bellwether hearing transcript, *Cabrera* Dkt. 65-66); Ex. C (Oct. 20 bellwether hearing transcript, *Cabrera* Dkt. 67); Ex. D (expert report of Mr. Roggio (Oct. 4, 2021), *Cabrera*

terrorists or terrorist organizations combined to promote a common interest." *Id.* (citing Ex. E (Clarke Rep.) at 12). The U.S. government itself saw these groups not as separate entities that occasionally cooperated, but rather as part of a single "syndicate of terrorism." *Id.* (quoting *Afghanistan: Assessing the Road Ahead: Hearing Before the S. Comm. on Foreign Rels.*, 111th Cong. 24 (2009) (statement of Sec. Hillary Clinton, U.S. Dep't of State)). The members of this Taliban-led Syndicate "shared close strategic, tactical, and operational coordination, which enabled each group to make its operations more lethal for American forces." *Id.* (citing Ex. A at 25:24-26:21 (Roggio)). They also "shared a common goal: re-establishing" their terrorist state "by driving the United States and its allies out of Afghanistan by driving up the cost for U.S. presence by killing and wounding American troops." *Id.* (citing Ex. A at 26:11-21 (Roggio); Ex. D (Roggio Rep.) ¶ 23) (internal quotation marks omitted) (alterations adopted).

2. There were four "major players" in the Taliban-led Syndicate: the Taliban, the Taliban's Haqqani Network, the Kabul Attack Network, and al-Qaeda.

**A.    The Taliban**

3. The Taliban emerged in 1994, following the Soviet Union's occupation of Afghanistan. Bellwether Op. at *6 (citing Ex. A at 137:25-138:13 (Clarke); Ex. D (Roggio Rep.) ¶ 36-37). Originally a group of students who had studied at religious schools in Pakistan, "Mullah Mohammad Omar organized these students into a Sunni jihadist fighting force and mobilized them to overthrow the Afghan government and impose Sharia law." *Id.* (citing Ex. A at 29:23-30:15 (Roggio); Ex. D (Roggio Rep.) ¶ 37). Expanding from its base in Kandahar

---

Dkt. 59-1 ("Roggio Rep.")); Ex. E (expert report of Dr. Clarke (Sept. 19, 2021), *Cabrera* Dkt. 59-2 ("Clarke Rep.")); Ex. F (expert report of Lt. Col. Wood (Oct. 4, 2021), *Cabrera* Dkt. 59-3 ("Wood Bellwether Rep.")); Ex. G (expert report of Mr. Roggio (Oct. 15, 2024)); Ex. H (excerpted expert report of Lt. Col. Wood (Apr. 3, 2023), *Cabrera* Dkt. 231-12 ("Wood Rep.")); Ex. I (excerpted expert report of Dr. Gartenstein-Ross (Apr. 3, 2023) *Cabrera* Dkt. 231-11 ("Gartenstein-Ross Rep.")).

Province, in southeastern Afghanistan, the Taliban began to seize territory. *Id.* (citing Ex. A at 30:16-17 (Roggio); Ex. D (Roggio Rep.) ¶ 39). It took over the capital, Kabul, in 1996. *Id.* (citing Ex. A at 30:16-17 (Roggio); Ex. D. (Roggio Rep.) ¶ 39). That same year, it provided safe haven to Osama bin Laden and the rest of al-Qaeda in exchange for financial support. *Id.* (citing Ex. A at 139:21-140:3 (Clarke)). By September 2001, the Taliban had de facto control of Afghanistan. *Id.* (citing Ex. D (Roggio Rep.) ¶¶ 39, 41).

4.      Following the September 11, 2001 attacks on the United States, "the Taliban refused to surrender bin Laden." *Id.* (citing Ex. D (Roggio Rep.) ¶ 42; Ex. A at 49:23-50:18 (Roggio)). This led to the U.S. invasion a month later. *Id.* (citing Ex. D (Roggio Rep.) ¶ 42; Ex. A at 140:15-18 (Clarke)). The Taliban were effectively defeated by December, with its leadership and soldiers fleeing to Iran and Pakistan. *Id.* (citing Ex. A at 140:16-23 (Clarke); Ex. D (Roggio Rep.) ¶ 42). The United Nations then authorized the formation of the International Security Assistance Force ("Coalition") to maintain security and help the Afghan government rebuild. *Id.* (citing Ex. D (Roggio Rep.) ¶ 43).

5.      Afghanistan ratified a new constitution and formed the Islamic Republic of Afghanistan in January 2004. *Id.* (citing Ex. D (Roggio Rep.) ¶ 43). "[F]rom 2006 to 2019 (the time period relevant to the attacks at issue in [*Cabrera*]), the lawful government of Afghanistan was the Islamic Republic of Afghanistan." *Id.* (citing Ex. D (Roggio Rep.) ¶ 41; Ex. A at 31:10-12 (Roggio)).

6.      But as the Republic emerged, "the Taliban—with the help of Iran, Al Qaeda, Pakistan, and other jihadist allies—plotted its comeback." *Id.* at *7 (quoting Ex. D (Roggio Rep.) ¶ 44). The "Taliban began to launch offensives against NATO, U.S., and Afghan forces," with attacks gradually increasing throughout the country. *Id.* (citing Ex. D (Roggio Rep.) ¶ 44).

The United States responded in 2009 with a "surge," adding 30,000 more troops to Afghanistan. *Id.* (citing Ex. D (Roggio Rep.) ¶ 45). But the effort was only temporarily effective. *Id.* (citing Ex. D (Roggio Rep.) ¶¶ 45-46). The Taliban regained its foothold as soon as the United States began to withdraw troops. *Id.* (citing Ex. D (Roggio Rep.) ¶¶ 45-46).

7.    The Taliban has a pyramid-like power structure. At the top sits the emir, "who also functions as a faith leader." Bellwether Op. at *7 (citing Ex. A at 32:15-20 (Roggio); *id.* at 141:4-7, 144:23-145:1 (Clarke)). "Under the emir is a leadership council called the Rahbari Shura, also known as the Quetta Shura." *Id.* (citing Ex. A at 32:22-33:4 (Roggio); *id.* at 141:7-15 (Clarke)). This Shura provides guidance to other, lower-level regional shuras and Taliban groups throughout the country, based on guidance from the emir. *Id.* (citing Ex. A at 32:22-33:4 (Roggio); *id.* at 142:6-12 (Clarke); Ex. D (Roggio Rep.) ¶¶ 51-57). It also collected and disseminated funds and resources to these regional shuras. *Id.* (citing Ex. A at 145:7-12 (Clarke)). "The Rahbari Shura exerts a significant or high level of control over the Taliban; when it issues key directives on how to fight, on how to implement Sharia law or what to do with the courts, these directives are followed." *Id.* (quoting Ex. A at 33:7-16 (Roggio)) (internal quotation marks omitted) (alteration adopted).

**B.    The Haqqani Network**

8.    "The Haqqani Network, led by Jalaluddin and Siraj Haqqani, is a terrorist faction of the Taliban which planned and executed terrorist attacks throughout Afghanistan, most prominently in the eastern and southeastern regions of the country, in Paktia, Paktika, and Khost Provinces." Bellwether Op. at *8 (citing Ex. A at 37:9-38:15, 46:25-47:6 (Roggio); *id.* at 138:24-139:7 (Clarke); *id.* at 191:22-192:15 (McGrath); Ex. D (Roggio Rep.) ¶ 59). Although the U.S. government has assigned the Haqqani Network and Taliban different terrorist classifications, "there is no difference between the Haqqani Network and the Taliban. They are

one and the same." *Id.* (quoting Ex. A at 39:8-9 (Roggio)).  Indeed, "the two groups reject any distinction between themselves." *Id.* (citing Ex. A at 39:8-18 (Roggio); Ex. D (Roggio Rep.) ¶¶ 60, 73-74).  And they share leadership—for example, Jalaluddin and Siraj Haqqani have been the leaders of Taliban regional shuras.  *Id.* (citing Ex. A at 37:16-20, 38:10-15 (Roggio)).  "The Taliban and the rest of the Syndicate benefitted from the Haqqani Network's expertise in conducting acts of terrorism, some of which, like the use of suicide tactics, the Haqqani Network gleaned from al-Qaeda." *Id.* (citing Ex. A at 44:9-46:4 (Roggio); Ex. D (Roggio Rep.) ¶¶ 78-80.).

### C.    The Kabul Attack Network

9.    "The Kabul Attack Network, another subset of the Taliban and the greater Syndicate, focused on conducting effective attacks in and around Kabul," the capital, "to achieve the Syndicate's goal of expelling American and Coalition forces and weakening the lawful Afghan government." *Id.* (citing Ex. A at 59:8-60:7 (Roggio); *id.* at 149:6-12 (Clarke); Ex. D (Roggio Rep.) ¶¶ 117-18).  The Haqqani Network in particular played a key role in the group. *Id.* (citing Ex. D (Roggio Rep.) ¶ 120; Ex. A at 149:15-19 (Clarke)).  "In creating the Kabul Attack Network, the Syndicate pooled its resources, gathering and sharing personnel, equipment, and safe houses to carry out high-profile attacks in Kabul that would make the news and cause discomfort in the United States with targets including hotels, schools, mosques, restaurants, military headquarters and convoys, and Afghan government buildings." *Id.* (quoting Ex. A at 59:23-60:7 (Roggio)) (internal quotation marks omitted) (alteration adopted).

### D.    Al-Qaeda

10.    "Al-Qaeda is a Sunni jihadist organization that seeks to establish a global caliphate."  Bellwether Op. at *8 (citing Ex. A at 48:21-24 (Roggio).  It was founded by Osama bin Laden and Abdullah Azzam after the Soviet occupation of Afghanistan, seeking to harness

the network of mujahedeen fighters into a unified force.  *Id.* (citing Ex. A at 48:24-49:8 (Roggio)).  "After the events of September 11, 2001, the Taliban strengthened its ties to al-Qaeda by refusing to hand over bin Laden and other senior al-Qaeda leaders to the U.S. government.  In return for safe haven and support inside Afghanistan, al-Qaeda assisted the Taliban in recapturing Afghanistan."  *Id.* (citing Ex. D (Roggio Rep.) ¶¶ 93-95; Ex. E (Clarke Rep.) at 37-39; Ex. A at 49:25-50:18 (Roggio)).

11.    The Taliban shared personnel with al-Qaeda.  *Id.* (citing Ex. A at 51:1-6 (Roggio)).  These "dual-hatted terrorists" fought for both the Taliban and al-Qaeda.  *Id.* (citing Ex. D (Roggio Rep.) ¶ 104 (citation omitted); Ex. A at 51:19-52:13 (Roggio)).  One prominent example is the leader of the Taliban's Haqqani Network, "Sirajuddin Haqqani, who has described the Taliban's cooperation with al-Qaeda as 'at the highest limits.' "  *Id.* (quoting Ex. D (Roggio Rep.) ¶ 104 (citation omitted); Ex. A at 51:19-52:13 (Roggio)).

12.    Al-Qaeda also joined the Taliban "in planning and authorizing terrorist attacks." *Id.* at *9.  It helped develop tactics, provided ideological and technical expertise, and paid the families of Taliban suicide bombers.  *Id.* (citing Ex. D (Roggio Rep.) ¶ 108; Ex. A at 56:14-25 (Roggio)).  It trained Taliban terrorists at camps within and outside Afghanistan.  *Id.* (citing Ex. D (Roggio Rep.) ¶¶ 112-13).  "And a component of al-Qaeda fought alongside the Taliban and later reorganized and embedded itself within the Taliban's structure, fielding small units and embedding military trainers who instructed Taliban fighters on waging a successful insurgency." *Id.* (citing Ex. D (Roggio Rep.) ¶ 108).

## II.    Iran's Support for the Taliban-led Syndicate

13.    Iran—"a major state sponsor of global terrorism, and particularly of terrorism against the United States," *id.* at *9 (citing Ex. A at 61:7-12 (Roggio); Ex. D (Roggio Rep.) ¶ 123)—provided significant support for the Taliban-led Syndicate.  Iran's terrorist activities are

facilitated through its agents, partners, proxies, and affiliates, including Hezbollah, its IRGC, and its Qods Force. *See* Bellwether Op. at *9 (citing Ex. A at 63:9-64:14 (Roggio); Ex. D (Roggio Rep.) ¶¶ 139, 141-42; *Cabrera* Pls.' Ex. 198 at 68 (2019 Defense Intelligence Agency report on Iran Military Power)). The IRGC is "the primary driver of Iran's terror activities," *id.* (citing Ex. D (Roggio Rep.) ¶ 126), and its Qods Force is "Iran's primary mechanism for cultivating and supporting terrorists abroad," *id.* (quoting *Cabrera* Pls.' Ex. 15 at 300 (State Department's 2015 Country Reports on Terrorism)).

14.    Iran provided material support to the Taliban-led Syndicate in five primary ways. *See id.* at *9, *10.

15.    *First*, Iran "provided a range of weapons to the Syndicate including small arms (*e.g.*, AK-47s and other assault rifles), anti-tank missiles, rocket-propelled grenades, surface-to-air missiles, improvised explosive devices ('IEDs'), explosively formed penetrators ('EFPs'), rockets, mortars, indirect fire weapons, recoilless rifles, PKM machine guns, ammunition, and components for suicide attacks (*e.g.*, triggers and detonators)." *Id.* at *11 (citing Ex. D (Roggio Rep.) ¶¶ 182-84; Ex. A at 83:15-84:1 (Roggio); *id.* at 165:1-7 (Clarke); *Cabrera* Pls.' Ex. 198 at 68). Iran has provided weapons to the Taliban since at least 2006, and it provided them throughout Afghanistan. *Id.* (*Cabrera* Pls.' Ex. 7 at 192 (State Department's 2009 Country Reports on Terrorism)).

16.    *Second*, Iran "provided a variety of training to Taliban fighters, including on small unit and infantry tactics, techniques for executing complex attacks (for example, initiating an attack with a suicide bomb), and intelligence gathering and planning." *Id.* at *11 (citing Ex. A at 94:18-95:4 (Roggio); *id.* at 163:15-165:7 (Clarke)). The Qods Force sent trainers into Afghanistan. *Id.* (citing Ex. A at 95:23-96:6 (Roggio); Ex. D (Roggio Rep.) ¶¶ 211-13; *Cabrera*

Pls.' Ex. 9 at 192 (State Department's 2009 Country Reports on Terrorism describing Qods Force training in Afghanistan)).  And Iran brought Taliban members into Iran for longer term training on more advanced tactics.  *Id.* (citing Ex. A at 97:5-25 (Roggio)).  For example, "from 2005 or 2006 until the fall of the Afghan government in 2021, Iran operated training camps near its border with Afghanistan, with sites in Tehran, Mashhad, Zahedan, and the province of Kerman." *Id.* (citing Ex. A at 96:15-24 (Roggio); Ex. D (Roggio Rep.) ¶ 218 & fig. 11).  These terrorists then returned to Afghanistan and trained other Syndicate members—magnifying the effects of Iran's support.  *Id.* (citing Ex. A at 98:9-19 (Roggio)).

17.    *Third*, Iran provided financial support, including giving "cash to key Taliban leaders so they could buy weapons and other materials to disseminate throughout the regions where they operated." *Id.* at *12 (citing Ex. A at 98:20-99:3 (Roggio); Ex. D (Roggio Rep.) ¶ 223).  Iran also "issued bounties on U.S. and Afghan forces," paying "sums of money for killing U.S. troops or damaging U.S. equipment.  *Id.* (citing Ex. D (Roggio Rep.) ¶ 224).  This financial support both incentivized attacks on Americans and funded the Syndicate's future attacks.

18.    *Fourth*, Iran "provided a safe haven within its borders for Taliban fighters" beginning with the American invasion of Afghanistan." *Id.* (citing Ex. A at 104:3-21 (Roggio); Ex. D (Roggio Rep.) ¶ 202).  In 2007, the Taliban opened a regional office in Mashhad, Iran— where the IRGC was active.  *Id.* (citing Ex. A at 105:14-106:3 (Roggio)).  Iran's safe haven allowed terrorist fighters to occupy strategic locations that "were critical to the Taliban's insurgency, especially because they allowed Taliban fighters to organize, plan, and fundraise free from threat of attack and without American interference." *Id.* (citing Ex. A at 104:14-21 (Roggio)).

19.     *Finally*, Iran facilitated "highly lucrative" drug-trafficking operations that earned hundreds of millions for the Taliban. *Id.* (citing Ex. A at 152:18-23 (Clarke)).  Iran's actions to assist the Taliban included "permitting drugs to pass through the Iranian/Afghan border, issuing special license plates to Taliban vehicles[,] . . . declining to search those vehicles at border entry points," *id.* (citing Ex. A at 153:18-25, 156:1-159:7 (Clarke); Ex. E (Clarke Rep.) at 77-82), and "provid[ing] weapons to drug traffickers as they returned to Afghanistan," *id.* (citing Ex. A at 153:18-25 (Clarke)).

### III.    New Evidence of Iran's Material Support for the Taliban-led Syndicate From 2020 – 2022

20.     Iran's material support for the Taliban-led Syndicate, including to al-Qaeda, did not cease in 2019.  Driven by a desire to drive the United States out of the Middle East, Iran provided the Taliban-led Syndicate weapons, financial support, training, and safe haven from at least 2020-2022 in order to increase the cost of American involvement in the region.  *See* Ex. G (expert report of Mr. Roggio (Oct. 15, 2024)) at 1. Iran's material support for the Taliban-led Syndicate in Afghanistan enabled the Taliban-led Syndicate to kill, wound, and kidnap Americans during this timeframe.  *Id.*  And Iran continued its material support to the Taliban-led Syndicate even after the United States withdrew from Afghanistan in August 2021.  Iran's ongoing material support to the Taliban-led Syndicate enables it to both exert its influence outside its borders and to prevent a return of the United States to Afghanistan.  *Id.*

21.     Between 2019 and at least 2022, Iran empowered the Taliban-led Syndicate by giving it different forms of material support.  Ranging from the provision of money, weapons, and training, to offering safe haven in Iran (including for senior al-Qaeda leadership), to formalizing diplomatic engagements through numerous informal and formal meetings to discuss financial arrangements, Iran's material support to the Taliban-led Syndicate between late 2019

and through at least 2022 directly enabled the Taliban-led Syndicate to kill and injure American citizens in Afghanistan.  *See id.* at 1-10.

## IV.    The Taliban-led Syndicate's Areas of Operational Dominance

22.    Geography and time period are fundamental pieces of information for attributing an attack to a particular terrorist group.  *See* Bellwether Op. at *15.  It is often possible to attribute an attack to a particular terrorist group based solely on the geography and time period.  *See id.* at *13.  The-Taliban led Syndicate had operational dominance in seven different regions of Afghanistan during the relevant period.

### A.    Southern Afghanistan

23.    Southern Afghanistan comprises Kandahar and Helmand Provinces.  *Id.* at *13.  "The Taliban 'very likely' carried out all the attacks" in *Cabrera* in that region.  *Id.* (citing Ex. A at 168:22-169:25, 178:2-16; 183:8-184:7, 186:10-187:11 (Clarke); Ex. B at 421:7-22 (Wood); Ex. E (Clarke Rep.) at 44).  "Those two provinces are traditional areas of Taliban control—indeed, the Taliban originated in Kandahar Province—and the Taliban was the most prominent insurgent group in the region from 2006 to 2019, with several different strongholds . . . from which the group launched attacks."  *Id.* (citing Ex. A at 169:4-8 (Clarke); *id.* at 189:3-18 (McGrath); Ex. E (Clarke Rep.) at 45).  Similarly, "[t]he Taliban was also the main group in Helmand Province, where it controlled large swaths of territory."  *Id.* (citing Ex. A at 187:2-188:2 (McGrath); Ex. B at 375:21-376:3, 421:7-22 (Wood); Ex. E (Clarke Rep.) at 46-48).  "And although other insurgent groups were present in the area at the same time, they came nowhere close to rivaling the Taliban's grip on the region."  *Id.* (citing and quoting Ex. E (Clarke Rep.) at 48).

### B.    Loya Paktia

24.    Loya Paktia is made of Khost, Paktia, and Paktika Provinces in southeastern Afghanistan. *Id.* The Taliban-led Syndicate's Haqqani Network "very likely" carried out all the attacks in *Cabrera* in that region. *Id.* (citing Ex. A at 170:16-20 (Clarke)). "Locals of the region are members of the same tribe as Haqqani Network leaders, and they generally support the Network and the Taliban more broadly." *Id.* (citing Ex. B at 488:14-17 (Wood)). The attacks in the region were overseen by the Taliban's Miranshah Shura,[3] which was led by Jalaluddin and Sirajuddin Haqqani, senior Taliban-led Syndicate Haqqani Network leaders. *Id.* (citing Ex. A at 148:13-18 (Clarke); Ex. E (Clarke Rep.) at 27; Ex. F (Wood Bellwether Rep.) ¶¶ 82-84). "[N]o other group had a meaningful presence in the region." *Id.* (citing Ex. E (Clarke Rep.) at 48-49).

### C.    Kabul Province

25.    "Members of the aptly named Kabul Attack Network, working jointly with the Taliban (including the Haqqani Network), al-Qaeda, and other Syndicate members, 'very likely' carried out all the attacks" in *Cabrera* in Kabul Province. *Id.* at *14 (citing Ex. A at 171:9-17 (Clarke)). "The Kabul Attack Network likely faced no challenges to its operational dominance (at least until ISIS-Khorasan's first attack in Kabul in 2016), and it claimed responsibility for numerous attacks prior to the formation of ISIS-Khorasan." *Id.* (citing Ex. E (Clarke Rep.) at 63-65).

---

[3] "Shura is an Arabic word meaning council gathering and consultation. In Afghanistan, a Shura is the name given to 'an assembly, an organized body of participants, an administrative body or council, or may describe a decision making process. Islamic scholars consider decision making via a Shura as either obligatory or recommended.'" Ex. H (Wood Rep.) ¶ 385 n.476 (citing Jim Gant & William McCallister, *Tribal Engagement: The Jirga and the Shura* at 2, Small Wars J. (2010), https://smallwarsjournal.com/blog/journal/docs-temp/451-gant.pdf)).

D.    **Eastern Afghanistan / "N2KL"**

26.    Eastern Afghanistan includes Nangarhar, Nuristan, Kunar, and Laghman Provinces—collectively known as "N2KL."  Bellwether Op. at *14.  "[T] he Taliban, with participation from al-Qaeda, 'likely' carried out" all the attacks in *Cabrera* in this area.  *Id.* (citing Ex. A at 171:18-24 (Clarke)).  "The Taliban (with al-Qaeda, which had a strong presence in the region because of its safe haven just across the border in Pakistan) was the dominant terrorist group in the region during the relevant time period[.]"  *Id.* (citing Ex. A at 172:7-16 (Clarke)).[4]  "Based on contemporary reporting and the Taliban's own claims of responsibility for numerous attacks, it is likely that the Taliban was the dominant terrorist group in Kunar Province from 2007 to 2012; in Laghman Province from at least 2009 to 2011; in Nangarhar Province from at least 2008 to 2015; and in Nuristan Province after 2005."  *Id.* (citing Ex. E (Clarke Rep.) at 59-63).

E.    **North-Central Afghanistan**

27.    North-Central Afghanistan comprises portions of Parwan Province and Kapisa, Baghlan, and Kunduz Province.  Bellwether Op. at *14.  The Taliban "likely" carried out all the attacks in *Cabrera* in this region.  *Id.* (citing Ex. A at 172:17-20 (Clarke)).  "The Taliban maintained operational dominance in Baghlan Province from 2008 to 2011; in Kapisa Province from 2007 to 2009 (even claiming responsibility for a joint attack on Coalition forces in July 2008); and in Kunduz Province from at least 2009 to 2010 (partially evidenced by its seizure of Kunduz City in 2015, suggesting that the group was already deeply entrenched in the area)."  *Id.* (citing Ex. E (Clarke Rep.) at 66, 68-70).  Meanwhile, in Parwan Province, "the Taliban was

---

[4] Another terrorist group, Hezb-e-Islami Gulbuddin ("HIG"), was also active in this area, but it was weaker and many of its members in Eastern Afghanistan defected to the Taliban.  *Id.* (citing Ex. E (Clarke Rep.) at 59, 61-63).

dominant from at least 2008 to 2016: multiple sources show that the Taliban was stronger than other insurgent groups, and the Taliban claimed responsibility for at least two attacks (including one on Bagram Airfield)." *Id.* (citing Ex. E (Clarke Rep.) at 70-71).

###### F.    Western Afghanistan

28.    Western Afghanistan includes Nimruz, Farah, Herat, Badghis, Ghor, and Faryab Provinces. Bellwether Op. at *15 (citing Ex. A at 173:22-174:1 (Clarke)). "The Taliban 'very likely' carried out all the attacks" in *Cabrera* in this region. *Id.* "[T]here was no other known insurgent presence in any of those provinces other than Herat" at times relevant to *Cabrera*. *Id.* (citing Ex. E (Clarke Rep.) at 72-74).[5] So Judge Bates had no issues concluding that the Taliban very likely had dominance in Baghdis from 2010 to 2011; Farah in "at least" 2011; Faryab from 2010 to 2012, and Heart "through at least 2009." *Id.* (citing Ex. E (Clarke Rep.) at 71-74).

###### G.    Southeastern Afghanistan

29.    Finally is Southeastern Afghanistan, which comprises Ghazni, Logar, Uruzgan, Wardak, and Zabul Provinces. Bellwether Op. at *15 (citing Ex. A at 170:1-7 (Clarke "[T]he Taliban and the Haqqani Network 'very likely' maintained operational dominance" in this area and carried out the attacks at issue in *Cabrera*. *Id.* (citing Ex. A at 170:1-7 (Clarke)). In particular, the Taliban-led Syndicate's Haqqani Network very likely maintained operational dominance in Ghazni Province between 2007 and 2012. *Id.* (citing Ex. E (Clarke Rep.) at 52). And the broader Taliban-led Syndicate very likely dominated Logar Province from 2008 to 2013; Uruzgan Province from 2007 to 2012 and again in 2019; Wardak Province from 2009 to 2013; and Zabul Province from 2008 to 2012. *Id.* (citing Ex. E (Clarke Rep.) at 53, 55-58; Ex. A at 190:4-13 (McGrath); Ex. F (Wood Bellwether Rep.) ¶¶ 234-36).

---

[5] Although "HIG was attempting to reorganize itself in Herat Province, it had only a small presence at the relevant time." *Id.* (citing Ex. E (Clarke Rep.) at 73-74).

## V.    Individual Attack Evidence

### A.    August 6, 2011 Anti-Aircraft Attack in Tangi Valley, Kandahar Province (Benson, Strange, and Vaughn Families)[6]

#### 1.    Attack Overview

30.    On August 5, 2011, an American unit was on its way to interdict a senior Taliban commander in Tangi Valley.  Bellwether Op. at *20 (citing Ex. B at 428:20-18 (Wood); Ex. F (Wood Bellwether Rep.) ¶ 186).  The ground assault team did not find the target at the compound.  *Id.* (citing Ex. B at 431:6-13 (Wood); Ex. F (Wood Bellwether Rep.) ¶ 191; *Cabrera* Pls.' Ex. 60 at 15-16, 37-38).  But helicopters did identify individuals moving away from the compound, and intelligence suggested that one of them was the Taliban leader.  *Id.* (citing Ex. B at 431:6-13 (Wood); Ex. F (Wood Bellwether Rep.) ¶ 191; *Cabrera* Pls.' Ex. 60 at 15-16, 37-38).  A helicopter containing an immediate-reaction force, using the call-sign Extortion 17, was nearing the suspected location of the target "when the Taliban fired two RPGs from the roof of a two-story building."  *Id*. (citing Ex. F (Wood Bellwether Rep.) ¶¶ 193-194; Ex. B at 431:21-25 (Wood)).  "One RPG struck the helicopter:  it crashed, killing everyone on board."  *Id.* (citing Ex. F (Wood Bellwether Rep.) ¶ 194; Ex. B at 432:1-11 (Wood); *Cabrera* Pls.' Ex. 60 at 38-39).  "The RPG was an OG-7 antipersonnel round," *id*. (citing *Cabrera* Pls.' Ex. 60 at 1121, 1125); "Iran produced OG-7 RPGs and regularly provided them to the Taliban."  *Id.* (citing Ex. F (Wood Bellwether Rep.) ¶ 203; Ex. B at 436:11-22 (Wood)).

---

[6] Judge Bates held Iran liable for this attack, which killed 38 Coalition service members, including SO1 (SEAL) Darrick C. Benson, PO1 (SEAL) Michael Strange, and CPO (SEAL) Aaron C. Vaughn.  *See* Bellwether Op. at *20, *33-41.  There are seven Plaintiffs associated with this attack here—all family members of SO1 Benson, PO1 Strange, or CPO Vaughn.

### 2.    *Attack Analysis*

31.      The Taliban was responsible for the attack on Extortion 17, which killed many members of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Wardak Province, which the Court concluded was "strategic terrain" for the Taliban.  *See* Bellwether Op. at \*20.  The attackers also downed Extortion 17 using an RPG—a common Taliban TTP.  *Id.* (citing Ex. F (Wood Bellwether Rep.) ¶¶ 75, 193-94, 199-200 & fig. 27; Ex. B at 431:21-25 (Wood); 435:13-24 (Wood); *Cabrera* Pls.' Ex. 60 at 38-39, 1098).  Based on these factors, Judge Bates concluded the Taliban was responsible.  *See* Bellwether Op. at \*20.

32.      As for an extrajudicial killing, as Judge Bates explained:

> It appears the Taliban . . . planned this attack in advance.  They were aware that U.S. troops often moved through the Valley using helicopters, and they often climbed to elevated positions (like the roof of a building) in order to get a clearer shot at airborne targets.

*Id.* (citing Ex. B at 435:6-16 (Wood)).  He thus held that this attack was an extrajudicial killing under the FSIA.  *Id.* at \*37-38.

### B.    **October 29, 2011 Suicide Bombing Attack in Kabul City, Kabul Province (Darrough Family)[7]**

### 1.    *Attack Overview*

33.      On the morning of October 29, 2011, an armored bus called a Rhino was moving between U.S. bases in Kabul.  Bellwether Op. at \*21 (citing Ex. B at 441:14-23 (Wood); Ex. F (Wood Bellwether Rep.) ¶¶ 211-212 & fig. 30; *Cabrera* Pls.' Ex. 52 at 7, 57, 83).  "A car loaded with explosives made contact with the bus, detonating the explosives and destroying the bus."  *Id.* (citing Ex. B at 442:25-443:3 (Wood); Ex. F (Wood Bellwether Rep.) ¶¶ 211-212 & figs. 29,

---

[7] Judge Bates held Iran liable for this attack, which killed three U.S. service members, including SGT James Darrough.  Bellwether Op. at \*21, 33-41.  There are five Plaintiffs associated with this attack—all family members of SGT Darrough.

31; *Cabrera* Pls.' Ex. 52 at 7; *Cabrera* Pls.' Ex. 190 at 3, 6, 12 (story board summary of the attack from the investigating unit)).

### 2. *Attack Analysis*

34.    The Taliban-led Syndicate's Kabul Attack Network was responsible for this attack, which killed three members of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kabul Province, which the Court concluded is enough to determine that the Taliban-led Syndicate's Kabul Attack Network "very likely" committed the attack.  *See* Bellwether Op. at *14.  The attacker also conducted a vehicle-borne suicide attack—"a common TTP of the Kabul Attack Network."  Furthermore, the Taliban publicly claimed responsibility for this attack, identifying the name of the suicide bomber when doing so.  Bellwether Op. at *21 (citing Ex. B at 449:19-450:3, 450:25-451:11 (Wood); Ex. F (Wood Bellwether Rep.) ¶ 224; *Cabrera* Pls.' Ex. 52 at 29, 404-05).  And a declassified military storyboard prepared after the attack described it as a "planned Taliban operation."  *Id.* (citing *Cabrera* Pls.' Ex. 190 at 1).  Judge Bates thus concluded that the Taliban-led Syndicate's Kabul Attack Network was responsible for this attack.  *See id.*

35.    As for an extrajudicial killing, as Judge Bates explained:

> The Network planned this attack in advance, likely based on direction and guidance from the Haqqani-led Miranshah Shura; the Syndicate trained the suicide bomber, gathered materials for the VBIED in Miranshah, Pakistan, and imported them into Afghanistan along historical Haqqani Network smuggling routes.  The group then assembled the weapons in staging areas outside Kabul before bringing it into the city for an attack.  Once in Kabul, the Network identified potential targets and surveilled their routes before conducting the attack.

*Id.* (citing Ex. B at 446:5-11, 447:7-14 (Wood); Ex. F (Wood Bellwether Rep.) ¶¶ 215-216; *Cabrera* Pls.' Ex. 190 at 3).  He thus concluded that this attack was an extrajudicial killing under the FSIA.  *Id.* at *37-38.

### C.    May 30, 2007 Anti-Aircraft Attack in Upper Sangin Valley, Helmand Province (Allgaier Family)[8]

#### 1.    Attack Overview

36.    CW3 Allgaier was on a CH-47D helicopter named "Flipper 75" on May 30, 2007. *See* Ex. I (Gartenstein-Ross Rep.) at 350. That day, Flipper 75 and another CH-47D helicopter were returning from a mission and en route back to Kandahar Airfield. *Id.* But Flipper 75 was shot down in the North Sangin Valley by a rocket—possibly an RPG. *Id.* at 351. U.S. forces secured the crash site, killing about 70 to 90 enemy combatants in the process. *Id.* Tragically, all occupants of the helicopter were killed in the attack. *Id.*

#### 2.    Attack Analysis

37.    The Taliban was responsible for the attack that killed CW3 Allgaier, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2). The attack took place in Helmand Province, which is enough to determine that the Taliban "very likely" committed the attack. *See* Ex. I (Gartenstein-Ross Rep.) at 351-52. The attackers also downed Flipper 75 using a rocket or similar weapon, possibly an RPG—a common Taliban TTP. *See id.* at 352. Dr. Gartenstein-Ross also noted that the U.S. Army's investigation attributed the attack to "enemy fire," which is

---

[8] Judge Bates held Iran liable for this attack, which killed U.S. Army SGT Jesse A. Blamires and CW3 Christopher M. Allgaier. *See* June 28, 2024 Op. at *5, 6; *see also* Cabrera Dkt. 264 at 14-15 (awarding damages to the family members of SGT Blamires). Although the expert report submitted in *Cabrera* does not mention CW3 Allgaier, the underlying evidence submitted for the details about this terrorist attack was an Army Regulation 15-6 ("AR 15-6"), which mentioned both SGT Blamires and CW3 Allgaier as victims. There are four Plaintiffs associated with this attack—all family members of CW3 Allgaier. This attack, and all remaining attacks in this Proposed Findings of Fact, were not bellwether attacks for *Cabrera*. For each of these attacks, the Court adopted the Special Master's Report and Recommendation, holding that the Taliban-led Syndicate committed the attacks and that the attacks were extrajudicial killings. *See Cabrera v. Islamic Republic of Iran*, 2024 WL 3225942, at *2-6 (D.D.C. June 28, 2024) ("June 28, 2024 Op.). These Reports and Recommendations relied on evidence from expert reports by LTC Wood and Dr. Gartenstein-Ross, which Plaintiffs have attached here. *See* Ex. H (Wood Rep.); Ex. I (Gartenstein-Ross Rep.).

commonly used to refer to the Taliban. *Id.* Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was responsible for this attack. *See id.*

38.     As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to acquire the weapons and conduct training in the use of anti-aircraft tactics prior to the attack." *Id.* at 351.  He thus concluded that "the Taliban likely planned this ambush in advance in order to kill others—particularly Coalition forces." *Id.* at 353.

### D.    July 23, 2007 IED Attack in Sarobi District, Paktika Province (Johnson Family)[9]

#### 1.    *Attack Overview*

39.     SGT Johnson was conducting a patrol in a nine-vehicle convoy on July 23, 2007. Ex. H (Wood Rep.) ¶ 523.  As the patrol made its way along a wadi, the armored high mobility multipurpose wheeled vehicle ("HMMWV") containing SGT Johnson struck an IED.  *Id.* ¶ 524. The blast threw the HMMWV onto its side, and a secondary explosion prevented other U.S. soldiers from helping the passengers out of the vehicle.  *Id.*  SGT Johnson died from massive blunt trauma from the IED.  *Id.*  The IED was later assessed to be a CWIED, likely using military shells.  *Id.*

#### 2.    *Attack Analysis*

40.     The Taliban-led Syndicate's Haqqani Network was responsible for the attack that killed SGT Johnson, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Paktika Province, which is enough to determine that the Taliban-led Syndicate's Haqqani Network "very likely" committed the attack.  *See* Ex. H (Wood Rep.) ¶¶ 526, 531(a).

---

[9] Judge Bates held Iran liable for this attack, which killed several service members, including SGT Travon Johnson.  *See* June 28, 2024 Op. at *3, 6; *see also Cabrera* Dkt. 264 at 2 (awarding solatium damages to Billie and Michael Shotlow, the immediate family members of SGT Johnson).  There is one Plaintiff associated with this attack—a family member of SGT Johnson

SGT Johnson was also killed by a CWIED—a common Taliban TTP.  *See id* ¶¶ 527, 531(b).  Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate's Haqqani Network was responsible for this attack.  *Id.* ¶ 525.

41.    As for an extrajudicial killing, as LTC Wood explained, "the Taliban-led Syndicate's Haqqani Network had to acquire the weapons for this CWIED attack—the IED and homemade explosives," in addition to determining when and where to place it, and training the triggerman on how to operate it.  Ex. H (Wood Rep.) ¶ 529.  He thus concluded that "the Taliban-led Syndicate's Haqqani Network likely planned this IED attack in advance with the intent to kill others:  in particular, Coalition forces."  *Id.* ¶ 531(c).

### E.    August 1, 2008 IED Attack in Kunar Province (Garcia Family)[10]

#### 1.    *Attack Overview*

42.    PV1 Garcia was part of a route-clearance package ("RCP") clearing a route for a logistics resupply escort mission on August 1, 2008.  Ex. H (Wood Rep.) ¶ 109.  After clearing a route, the RCP proceeded to a new road to clear.  *Id.* ¶ 110.  During this movement, the HMMWV containing PV1 Garcia and three other soldiers struck a CWIED.  *Id.*  The explosion killed PV1 Garcia, throwing him from the vehicle.  *Id.*  Three other U.S. soldiers and one interpreter were also killed.  *Id.*

#### 2.    *Attack Analysis*

43.    The Taliban-led Syndicate was responsible for the attack that killed PV1 Garcia and three other members of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kunar Province, which is enough to determine that the Taliban likely committed the

---

[10] Judge Bates held Iran liable for this attack, killed PV1 Jair Garcia.  *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 18 (awarding solatium damages to the immediate family members of PV1 Garcia, including Maria L. Averni).  There is one Plaintiff associated with this attack—a family member of PV1 Garcia.

attack.  *See* Ex. H (Wood Rep.) ¶ 112.  The attackers also used a CWIED to kill PV1 Garcia—a common Taliban TTP.  *See id.* ¶ 110.  LTC Wood also noted that the Taliban claimed responsibility for this attack, which is a reliable indication of Taliban responsibility.  *Id.* ¶ 117.  Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate was responsible for this attack.  *Id.* ¶ 111.

44.    As for an extrajudicial killing, as LTC Wood explained, "the Taliban-led Syndicate needed to construct or in some manner acquire an IED to utilize in this attack," in addition to identifying a location to emplace the IED.  *Id.* ¶ 116.  Furthermore, since the Taliban-led Syndicate used a CWIED in this attack, they needed to train a trigger person on how to initiate the device and evade detection post-detonation.  *Id.*  He thus concluded that "the Taliban-led Syndicate likely planned this CWIED attack in advance with the intent to kill others: in particular, Coalition forces."  *Id.* ¶ 119(c).

F.    **March 30, 2010 IED Attack, Kandahar Province (Brunkhorst Family)**[11]

1.    *Attack Overview*

45.    SSG Brunkhorst was on a mission to "conduct key leader engagements" and "find improvised explosive devices" on March 30, 2010 in Arghandab District, Kandahar Province.  Ex. I (Gartenstein-Ross Rep.) at 99.  SSG Brunkhorst was patrolling an area where there had been a suspected IED when there was a large explosion.  *Id.*  The blast from the IED killed SSG Brunkhorst.  *Id.*

---

[11] Judge Bates held Iran liable for this attack, which killed U.S. Army SSG Scott Brunkhorst.  *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 11 (awarding solatium damages to Richard Brunkhorst, an immediate family member of SSG Brunkhorst).  There are two Plaintiffs associated with this attack—both family members of SSG Brunkhorst.

### 2.    *Attack Analysis*

46.    The Taliban was responsible for the attack that killed SSG Brunkhorst, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Arghandab District, Kandahar Province, which is enough to determine that the Taliban likely committed the attack. *See* Ex. I (Gartenstein-Ross Rep.) at 100-01.  The attackers also used an IED to attack SSG Brunkhorst—a common Taliban TTP.  *See id.* at 101.  Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was responsible for this attack.  *Id.*

47.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) and then place this IED in advance of the attack," in addition to choosing this specific location to deploy it.  *Id.* at 100.  He thus concluded that "the Taliban very likely planned this IED attack in advance in order to kill others—particularly Coalition forces." *Id.*

### G.    **June 7, 2010 IED Attack in Dangam, Kunar Province (Redding Family)**[12]

### 1.    *Attack Overview*

48.    SPC Redding was on a mission to help establish a watch position in Bar Kunar District, Kunar Province, on June 7, 2010.  Ex. I (Gartenstein-Ross Rep.) at 395-96.  He was travelling in a convoy of vehicles supporting the mission when a CWIED detonated in his vicinity, killing him.  *Id.* at 396.

### 2.    *Attack Analysis*

49.    The Taliban was responsible for the attack that killed SPC Redding, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kunar Province, which

---

[12] Judge Bates held Iran liable for this attack, which killed U.S. Army SPC Blaine Redding. *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 9 (awarding solatium damages to Blaine A. Redding, an immediate family member of SPC Redding).  There is one Plaintiff associated with this attack—a family member of SPC Redding.

is enough to determine that the Taliban likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 396.  The attackers also used a CWIED to attack SPC Redding—a common Taliban TTP.  *See id.* at 397.  He also noted that the U.S. Army's investigation attributed the attack to "the enemy" and "insurgents," which were commonly used to refer to the Taliban.  *Id.*  Based on these factors, Dr. Gartenstein-Ross found it "likely" that the Taliban was responsible for this attack.  *Id.* at 395-98.

50.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) and then place this IED in advance of the attack," and train someone to initiate the CWIED and escape.  *Id.* at 396.  He thus concluded that "the Taliban likely planned this CWIED attack in advance in order to kill others—particularly Coalition forces."  *Id.* at 398.

## H.    June 25, 2010 Complex Attack in Kunar Province (Plunk Family)[13]

### 1.    *Attack Overview*

51.    SPC Plunk was a driver in a convoy moving through Pech District, Kunar Province on June 25, 2010.  Ex. I (Gartenstein-Ross Rep.) at 401.  When the convoy approached an Afghan National Police checkpoint, several RPGs struck the truck behind SPC Plunk and small arms fire erupted from three sides.  *Id.*  An RPG then struck SPC Plunk's vehicle.  *Id.*  Another soldier in the vehicle pulled the emergency brake before noticing shrapnel in the back of SPC Plunk's head, with SPC Plunk slumped over in his seat.  *Id.*  SPC Plunk died immediately.  *Id.* at 402.

---

[13] Judge Bates held Iran liable this attack, which killed U.S. Army SPC Jared C. Plunk.  *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 9 (awarding solatium damages to the immediate family members of SPC Plunk, including Justin T. Plunk).  There are three Plaintiffs associated with this attack—both family members of SPC Plunk.

### 2.    *Attack Analysis*

52.    The Taliban was responsible for the attack that killed SPC Plunk, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kunar Province, which is enough to determine that the Taliban likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 402.  The attackers also conducted a complex attack utilizing RPGs and small arms fire to ambush SPC Plunk—a common Taliban TTP.  *See id.* at 403.  Based on these factors, Dr. Gartenstein-Ross found it "likely" that the Taliban was responsible for this attack.  *Id.* at 401-03.

53.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, the "coordinated ambush of the convoy" from three directions took "a degree of training."  *Id.* at 402.  He thus concluded that "the Taliban very likely planned this complex attack ambush in advance to kill as many U.S. and Coalition forces as possible."  *Id.*

## I.    October 4, 2010 IED Attack in Kandahar Province (Campbell Family)[14]

### 1.    *Attack Overview*

54.    SGT Campbell was on a foot patrol from COP Fitzpatrick in Arghandab District, Kandahar Province on October 4, 2010.  Ex. I (Gartenstein-Ross Rep.) at 124.  He stepped on an IED, "which detonated and killed him instantly."  *Id.* at 125.  "A secondary, unexploded IED was later found nearby."  *Id.*

### 2.    *Attack Analysis*

55.    The Taliban was responsible for the attack that killed SGT Campbell, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Arghandab District, Kandahar Province, which is enough to determine that the Taliban likely committed the attack.

---

[14] Judge Bates held Iran liable for this attack, which killed U.S. Army SGT Karl Campbell. *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 11 (awarding solatium damages to the immediate family members of SGT Campbell, including Arthur Campbell).  There are three Plaintiffs associated with this attack—all family members of SGT Campbell.

*See* Ex. I (Gartenstein-Ross Rep.) at 125.  The attackers also used an IED to attack SGT

Campbell—a common Taliban TTP.  *See id.* at 126.  Dr. Gartenstein-Ross also noted that the

U.S. Army's investigation described "the enemy" firing on COP Fitzpatrick and "enemy"

activity in the nearby village, and that this use of "enemy" commonly referred to the Taliban.  *Id.*

Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was

responsible for this attack.  *Id.* at 125.

57.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban

had to build (or acquire) and then place this IED in advance of the attack," in addition to

choosing this specific location to deploy it.  *Id.* at 125.  He thus concluded that "the Taliban very

likely planned this IED attack in advance in order to kill others—particularly Coalition forces."

*Id.*

### J.    November 27, 2010 RPG Attack in Wardak Province (Harris Family)[15]

#### 1.    *Attack Overview*

57.    On November 27, 2010, PFC Harris's unit was clearing a route towards

Command Outpost ("COP") Tangi in Sayadabad District, Wardak Province.  Ex. I (Gartenstein-

Ross Rep.) at 488.  On this route clearance mission, an IED struck the convoy's lead vehicle,

prompting PFC Harris's vehicle to move to the front of the convoy.  *Id.*  at 489.  The convoy

continued towards COP Tangi until terrorists struck PFC Harris's vehicle with a RPG, which

penetrated the vehicle's windshield.  *Id.*  PFC Harries died as a result of injuries sustained in the

RPG attack.  *Id.*

---

[15] Judge Bates held Iran liable for this attack, which killed PFC Devon Harris.  *See Cabrera v. Islamic Republic of Iran*, 2024 WL 864092, at *3 (D.D.C. Feb. 29, 2024) ("Feb. 29, 2024 Op."); *see also Cabrera* Dkt. 250 at 3-4 (awarding solatium damages to the immediate family members of PFC Harris, including Tennyson Charles Harris).  There is one Plaintiff associated with this attack—a family member of PFC Harris.

### 2.    *Attack Analysis*

58.    The Taliban was responsible for the attack that killed PFC Harris, a member of

the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place near Sayadabad District in

Wardak Province, which is enough to determine that the Taliban very likely committed the

attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 489-90.  The attackers also attacked PFC Harris

using an RPG—a common Taliban TTP.  *See id.* at 490.  Dr. Gartenstein-Ross also noted that the

U.S. Army's 15-6 Investigation shared information about the "enemy" operating within the area.

*Id.*  The use of the word "enemy" in this context is commonly used to refer to the Taliban.  *Id.*

Based on these factors, Dr. Gartenstein-Ross found it "likely" that the Taliban committed this

complex attack.  *Id.* at 489-91.

59.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban

had not only acquired the RPG munitions in advance of the attack, but also trained its insurgents

to deploy RPGs against U.S. and Coalition forces."  *Id.* at 489.  The Taliban also had to train its

terrorists to be ready to kill Coalition forces when sudden opportunities arose.  *Id.*  He thus

concluded that "the Taliban likely planned this RPG attack in advance to kill others—

particularly Coalition forces."  *Id*.

### K.    February 17, 2011 IED Attack in Helmand Province (DeYong Family)[16]

### 1.    *Attack Overview*

60.    On February 17, 2011, Sgt DeYoung's unit was completing "area security" at an

observation post in Sangin District, Helmand Province.  Ex. I (Gartenstein-Ross Rep.) at 365.

During this mission, an IED detonated in Sgt DeYoung's vicinity, which amputated both of his

---

[16] Judge Bates held Iran liable for this attack, which killed Sgt Matthew DeYoung.  *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 8 (awarding solatium damages to Teddi DeYoung, an immediate family member of Sgt DeYoung).  There are two Plaintiffs associated with this attack—both family members of Sgt DeYoung.

legs above the knee and also caused injuries to his pelvic and perineal areas as well as fracturing his mandible.  *Id.*  Although he received medical treatment for these injuries, Sgt DeYoung died from these various injuries and wounds stemming from the IED blast.  *Id.*

### 2.    *Attack Analysis*

61.     The Taliban was responsible for the attack that killed Sgt DeYoung, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Sangin District, Helmand Province, which is enough to determine that the Taliban very likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 366.  The terrorists also utilized an IED in this attack—a common Taliban TTP.  *See id.* at 366-67.  Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was responsible for this attack.  *Id.* at 365-67.

62.     As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) and then place this IED in advance of the attack."  *Id.* at 366.  The Taliban would have also typically conducted reconnaissance of Coalition forces' movements so that the Taliban could "place the IED in a location with high amounts of Coalition force traffic, enhancing the IED's effectiveness."  *Id.*  He thus concluded that "the Taliban very likely planned this IED attack in advance in order to kill others—particularly Coalition forces."  *Id*.

### L.    February 28, 2011 IED Attack in Wardak Province (Mays Family)[17]

### 1.    *Attack Overview*

63.     On February 28, 2011, SSG Mays's unit noticed two "insurgents" assessed to be attempting to place an IED.  Ex. I (Gartenstein-Ross Rep.) at 491.  Although the unit tried to neutralize them, the two insurgents fled.  *Id.*  Then an EOD team set out to disarm the IED, and

---

[17] Judge Bates held Iran liable for this attack, which killed SSG Chauncy Mays.  *See* Feb. 29, 2024 Op. at *3; *see also Cabrera* Dkt. 250 at 4 (awarding solatium damages to the immediate family members of SSG Mays, including Cody Cheyenne Mays).  There are three Plaintiffs associated with this attack—all family members of SSG Mays.

SSG Mays helped with this effort. *Id.* SSG Mays soon found a second IED, which detonated before it could be disarmed. *Id.* at 491-92. This explosion instantly killed SSG Mays and wounded a fellow service member. *Id.* at 492.

### 2.    *Attack Analysis*

64.    The Taliban was responsible for the attack that killed SSG Mays, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2). The attack took place near Sayadabad District in Wardak Province, which is enough to determine that the Taliban very likely committed the attack. *See* Ex. I (Gartenstein-Ross Rep.) at 492-93. The terrorists also attacked SSG Mays using an IED—a common Taliban TTP. *See id.* at 493. Dr. Gartenstein-Ross also noted that the U.S. Army's 15-6 Investigation shared information about the "enemy" and "insurgents" operating within the area. *Id.* The use of the word "enemy" and "insurgent" in this context is commonly used to refer to the Taliban. *Id.* Based on these factors, Dr. Gartenstein-Ross found it "likely" that the Taliban committed this complex attack. *Id.* at 492-94.

65.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had not only acquired the IED in advance of the attack, but also trained its insurgents to deploy IEDs against U.S. and Coalition forces." *Id.* at 492. The Taliban also had to train its terrorists to be ready to kill Coalition forces when sudden opportunities arose. *Id.* He thus concluded that "the Taliban likely planned this IED attack in advance to kill others—particularly Coalition forces." *Id.*

**M.    April 27, 2011 Insider Attack in Kabul Province (Ambard Family)[18]**

    *1.    Attack Overview*

66.    On the morning of April 27, 2011, Colonel Ahmed Gul of the Afghanistan National Air Force entered the Air Command and Control Center room at the Kabul International Airport.  Ex. I (Gartenstein-Ross Rep.) at 535.  MSgt Brown, Maj Ausborn, Maj Brodeur, Lt Col Bryant were in the room when Gul entered, took out his pistol, and opened fire.  *Id.*  According to the U.S. Air Force's investigation, Gul first shot Maj Ausborn and Lt Col Bryant.  *Id.*  Their wounds were fatal, and both fell unconscious in the middle of the room.  *Id.*  Gul then shot Maj Brodeur in the neck and lower-jaw area.  *Id.*  Maj Brodeur was still mobile, but became disoriented.  *Id.*  All the while, Gul kept firing.  *Id.*  He later shot Maj Brodeur once again, paralyzing him.  *Id.*  Gul continued shooting multiple individuals, including MSgt Brown and Maj Ambard.  *Id.*  MSgt Brown was the only individual shot who did not die in the room; she was transported to a hospital emergency room where she succumbed to her wounds.  *Id.* at 535-36.

67.    Upon exiting the room, Gul got into a shootout with other U.S. soldiers.  *Id.* 536.  Eventually, he was found dead with multiple gunshot wounds, but there is some uncertainty around how he died.  *Id.*  "Ultimately, the United States Central Command investigation . . . concluded that Gul was shot and killed by the Afghan Quick Reaction Force."  *Id.*

---

[18] Judge Bates held Iran liable for this attack, which killed several service members, including Maj Jeffrey Ausborn, Maj David Brodeur, MSgt Tara Brown, Lt Col Frank Bryant Jr., and Maj Philip Dave Ambard.  *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 13 (awarding solatium damages to the immediate family members of Maj Ausborn, Maj Brodeur, MSgt Brown, and Lt Col Bryant).  Although the expert report submitted in Cabrera does not mention Maj Ambard, the underlying evidence submitted for the details about this terrorist attack included an Air Force investigative report, which mentioned MSgt Brown, Maj Ausborn, Maj Brodeur, Lt Col Bryant, and Maj Ambard as victims in this attack.  There are six Plaintiffs associated with this attack—all family members of Maj Ambard.

### 2.    *Attack Analysis*

68.    The Taliban or the Kabul Attack Network (both part of the greater Taliban-led Syndicate) was responsible for the attack that killed Maj Ambard and other members of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kabul Province, which is enough to determine that the Taliban-led Syndicate's Kabul Attack Network likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 537-39.  Maj Ambard was also killed in an insider attack—a common Taliban TTP.  *See id.* at 539.  Dr. Gartenstein-Ross also noted that intelligence reports in the days leading up to the attack indicated the threats of an attack against the airport from the Taliban—including a potential suicide-vest attack from "an Afghan Air Force Colonel."  *Id.*  And he noted that Gul had past connections to the Taliban and, at the time of his attack, "engaged in strict Islamic observance common to members of the Taliban."  *Id.* at 540.  Finally, the Taliban released a credible claim of responsibility for this attack, which is generally a reliable indicator of the Taliban's responsibility.  *Id.* at 545.  While alternative theories have been floated for the attack, including that the attacker was part of a criminal group, Dr. Gartenstein-Ross ultimately rejected these theories based on the evidence available.  *See id.* at 543-45.  Based on these factors, Dr. Gartenstein-Ross found it "more likely than not" that the Taliban or the Taliban-led Syndicate's Kabul Attack Network was responsible for this attack.[19] *Id.* at 536-41.

69.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the organization more likely than not inspired the shooter based on shared beliefs of viewing

---

[19] Dr. Gartenstein-Ross explains at length in his report that either the broader Taliban-led Syndicate or its particular manifestation—the Kabul Attack Network—might be responsible for this attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 536-41.  But the precise responsible party does not matter because the Kabul Attack Network is simply a "subset of the Taliban and the greater Syndicate."  Bellwether Op. at *8.

Coalition forces as the enemy and thus deserving of death." *Id.* at 537.  He thus concluded that

the Taliban or Kabul Attack Network—which, again, is merely a "subset of the Taliban and the

greater Syndicate," Bellwether Op. at *8—"deliberately planned insider attacks to be carried out

not only to kill others—particularly Coalition forces—but also to inspire more attacks to kill U.S.

soldiers in the future," Ex. I (Gartenstein-Ross Rep.) at 545.

### N.    September 18, 2011 IED Attack in Panjwai District, Kandahar Province (Trimble Family)[20]

#### 1.    *Attack Overview*

70.    PFC Trimble arrived to secure the location of a suspected IED in Panjwai District,

Kandahar Province on September 18, 2011.  Ex. I (Gartenstein-Ross Rep.) at 182-83.  While he

was waiting for the arrival of an Explosive Ordnance Disposal team, PFC Trimble was standing

near a wall across a ditch from the suspected IED.  *Id.* at 183.  An IED in the wall then exploded,

severely wounding PFC Trimble and killing a fellow service member.  *Id.*

#### 2.    *Attack analysis*

71.    The Taliban was responsible for the attack that injured PFC Trimble and killed

another member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in

Panjwai District, Kandahar Province, which is enough to determine that the Taliban likely

committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 183-84.  The attackers also used an

IED to kill one individual and injure PFC Trimble—a common Taliban TTP.  *See id.* at 184.

Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was

responsible for this attack.  *Id.* at 183.

---

[20] Judge Bates held Iran liable for this attack, which wounded U.S. Army PFC Kevin Trimble.  *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 10 (awarding pain and suffering damages to PFC Trimble).  There are two Plaintiffs associated with this attack—both family members of PFC Trimble.

72.     As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) and then place this IED in advance of the attack." *Id.* He thus concluded that "the Taliban very likely planned this IED attack in advance in order to kill others—particularly Coalition forces." *Id.*

### O.     September 25, 2011 IED Attack in Mehtar Lam, Laghman Province (Briseño-Alvarez Family)[21]

#### 1.     Attack Overview

SPC Briseño-Alvarez was returning from a combat logistics patrol in Mehtar Lam District, Laghman Province, on September 25, 2011. Ex. I (Gartenstein-Ross Rep.) at 419. He was serving as the gunner in the rear vehicle of his convoy. *Id.* at 419. His vehicle was then struck by a CWIED, which killed him. *Id.* at 420.

#### 2.     Attack Analysis

73.     The Taliban was responsible for the attack that killed SPC Briseño-Alvarez, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2). The attack took place in Laghman Province, which is enough to determine that the Taliban likely committed the attack. *See* Ex. I (Gartenstein-Ross Rep.) at 420-21. The terrorists also utilized a CWIED in this attack—a common Taliban TTP. *See id.* at 421. He also noted that the U.S. Army's investigation attributed the attack to the "enemy," which is commonly used to refer to the Taliban. *Id.* Based on these factors, Dr. Gartenstein-Ross found it "likely" that the Taliban was responsible for this attack. *Id.* at 419-22.

---

[21] Judge Bates held Iran liable for this attack, which killed U.S. Army SPC Francisco Briseño-Alvarez Jr. *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 10 (awarding solatium damages to Francisco Javier Briseño Gutierrez and Luis Briseño Alvarez, the immediate family members of SPC Briseño-Alvarez). There is one Plaintiff associated with this attack—a family member of SPC Briseño-Alvarez.

74.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) and then place this IED in advance of the attack," in addition to training the triggerman on how to target the convoy and escape successfully. *Id.* at 420.  He thus concluded "that the Taliban likely planned this IED attack in advance in order to kill others— particularly Coalition forces." *Id.* at 422.

**P.    May 23, 2012 IED Attack in Kandahar Province (Morgado Family)[22]**

**1.    *Attack Overview***

75.    2LT Morgado was a platoon leader conducting a mission to clear "suspected insurgent location[s]" in Zhari District, Kandahar Province on May 23, 2012.  Ex. I (Gartenstein-Ross Rep.) at 221-22.  In one building, the soldiers discovered a cache of pressure-plate IEDs and various precursor materials in one of the buildings and communicated that to 2LT Morgado, who was located in a different building. *Id.* at 222.  As 2LT Morgado exited the building, he triggered a pressure-plate IED.  2LT Morgado was severely wounded in the blast and died before he could be evacuated. *Id.*

**2.    *Attack Analysis***

76.    The Taliban was responsible for the attack that killed 2LT Morgado, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Zhari District, Kandahar Province Province, which is enough to determine that the Taliban likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 223.  The attackers also used a pressure-plate IED to kill 2LT Morgado—a common Taliban TTP.  *See id.* at 223-24.  He also noted that the U.S. Army's investigation repeatedly discusses "insurgents" and the "enemy," both of which were

---

[22] Judge Bates held Iran liable for this attack, which killed U.S. Army 2LT Travis Morgado. *See* June 28, 2024 Op. at *4; *see also Cabrera* Dkt. 264 at 10-11 (awarding solatium damages to the immediate family members of 2LT Morgado, including Connor Alexian Pladeck-Morgado). There is one Plaintiff associated with this attack—a family member of 2LT Morgado.

commonly used to refer to the Taliban.  *Id.* at 224.  Based on these factors, Dr. Gartenstein-Ross

found it "very likely" that the Taliban was responsible for this attack.  *Id.* at 222.

77.     As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban

had to build (or acquire) and then place this IED in advance of the attack."  *Id.*  He thus

concluded that "the Taliban very likely planned this IED attack in advance in order to kill others,

particularly Coalition forces."  *Id*.

### Q.    August 16, 2012 Attack on Helicopter in Shah Wali Kot, Kandahar Province (Warsen Family)[23]

#### 1.    *Attack Overview*

78.     SGT Essex and SO2 Warsen were riding in a UH-60L helicopter on August 16,

2012.  Ex. I (Gartenstein-Ross Rep.) at 164.  The crew of the aircraft was supporting a clearance

mission to prevent "insurgent egress."  *Id.*  With no eyewitnesses around, the aircraft crashed,

killing all onboard.  *Id.*  The U.S. Army found that there was "a preponderance of evidence"

indicating that the aircraft was shot down.  *Id.*

79.     U.S. Navy SEALs moved to secure the crash site.  *Id.*  As they did so, they were

targeted with enemy fire.  *Id.*  The SEALs also found a cache near the crash site; it contained a

camera, laptop, and memory cards, among other items.  *Id.*

#### 2.    *Attack Analysis*

80.     The Taliban-led Syndicate was responsible for the attack that killed SO2 Warsen

and other members of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in

---

[23] Judge Bates held Iran liable for this attack, which killed U.S. Army SGT Richard Essex and U.S. Navy SO2 (SEAL) David Warsen.  *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 17 (awarding solatium damages to Charles Essex and Marion Ruth Hopkins, the immediate family members of SGT Essex).  Although the expert report submitted in Cabrera does not mention SO2 Warsen, the underlying evidence submitted for the details about this terrorist attack was an AR 15-6, which mentioned both SGT Essex and SO2 Warsen as victims in this attack.  There are four Plaintiffs associated with this attack—all family members of SO2 Warsen.

Kandahar Province, which is enough to determine that the Taliban "very likely" committed the attack. *See* Ex. I (Gartenstein-Ross Rep.) at 165. The attackers also killed SO2 Warsen in an anti-aircraft attack—a common Taliban TTP. *See id.* Dr. Gartenstein-Ross also analyzed the U.S. Army's Investigation, which concluded that the helicopter likely was shot down by "insurgents associated with the Lashkar-e-Tayyiba (LeT) cell known to operate" in the area. *Id.* at 165-66. Relying on the Investigation's "numerous statements" indicating "the area was one of high Taliban activity," and his "knowledge of the connection between LeT and the Taliban," Dr. Gartenstein-Ross concluded "that the Investigation was referring to LeT terrorists supporting the local Taliban insurgent network as part of the Taliban-led Syndicate." *Id.* at 166. Based on these factors, Dr. Gartenstein-Ross found it likely that the Taliban-led Syndicate was responsible for this attack. *Id.* at 164.

81.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban-led Syndicate had to acquire the weapons and train terrorists in their use and in tactics prior to the attack." *Id.* at 164. He thus concluded that "the Taliban-led Syndicate likely planned this anti-aircraft attack in advance in order to kill others—particularly Coalition forces." *Id.*

### R.    September 14-15, 2012 Complex Attack in Helmand Province (Atwell Family)[24]

#### 1.    Attack Overview

82.    Sgt Atwell was stationed at the BLS Complex on September 14, 2012. Ex. I (Gartenstein-Ross Rep.) at 293-94. At about 10:00 that night, 15 Taliban insurgents disguised in authentic U.S. Army combat uniforms and armed with assault rifles, suicide vests, and RPGs

---

[24] Judge Bates held Iran liable for this attack, which killed several service members, including U.S. Marines Corps Sgt Bradley Atwell. *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 17 (awarding solatium damages to Cheryl Atwell and Erin Riedel, the immediate family members of Sgt Atwell). There is one Plaintiff associated with this attack—a family member of Sgt Atwell.

infiltrated the Complex under the cover of darkness.  *Id.* at 294.  Once inside, they split into three

groups and began assaulting different parts of the base.  *Id.*  The Marines nearest the attack

mounted a hasty defense.  *Id.*  Sgt Atwell was among them and lost his life while bravely

fighting to expel the Taliban attackers from the base.  *Id.*

83.     By the time the dust settled on the morning of September 15, one Taliban terrorist

was wounded and 14 were killed.  The brazen attack also wounded nine other U.S. personnel,

eight U.K. personnel, and one civilian contractor.  *Id.*  The Taliban also managed to destroy and

damage many aircraft, plus fuel bladders and hangars.  *Id.*

### 2.     *Attack Analysis*

84.     The Taliban was responsible for the attack that killed Sgt Atwell and other

members of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Helmand

Province, which is enough to determine that the Taliban "very likely" committed the attack.  *See*

Ex. I (Gartenstein-Ross Rep.) at 295-96.  The attackers also killed Sgt Atwell in a complex

attack—a common Taliban TTP.  *See id.* at 296.  Dr. Gartenstein-Ross also noted that both the

U.S. government's report and the U.K. government's report on this attack explicitly named the

Taliban as the culprit.  *Id.* at 297-98.  And he noted that the sole surviving member of the attack

acknowledged his membership in the Taliban, which matched with a Taliban spokesman's claim

of responsibility.  *Id.* at 298-301.  Such claims of responsibility are generally reliable indicators

of Taliban responsibility for an attack.  *See id.*  Based on these factors, Dr. Gartenstein-Ross

found it "very likely" that the Taliban was responsible for this attack.  *Id.* at 295.

85.     As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "[t]his attack

demonstrated significant coordination, training, and advance planning."  *Id.* at 295.  He thus

concluded that "the Taliban very likely planned this complex attack in advance in order to kill

others—particularly Coalition forces."  *Id.*

### S.    May 4, 2013 IED Attack in Kandahar Province (Cardoza Family)[25]

#### 1.    *Attack Overview*

86.    SPC Cardoza was part of a patrol sent to clear an accident on Highway 1 in Maiwand District, Kandahar Province on May 4, 2013.  Ex. I (Gartenstein-Ross Rep.) at 154. On the patrol's return trip, its "vehicle was struck by a command wire IED (CWIED) with 500 pounds of explosive material."  *Id.*  The explosion killed all six occupants of the vehicle, including SPC Cardoza.  *Id.*

#### 2.    *Attack Analysis*

87.    The Taliban was responsible for the attack that killed SPC Cardoza, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Maiwand District, Kandahar Province, which is enough to determine that the Taliban likely committed the attack. *See* Ex. I (Gartenstein-Ross Rep.) at 155-56.  The attackers also used an IED—a common Taliban TTP.  *See id.* at 156.  He also noted the references to the "enemy" in the U.S. government investigating, which commonly referred to the Taliban.  *Id.*  Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was responsible for this attack.  *Id.* at 155.

88.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) and then place this IED in advance of the attack," in addition to "train[ing] an individual to identify the target and initiate the device."  *Id.*  He thus concluded that "the Taliban very likely planned this IED attack in advance in order to kill others— particularly Coalition forces."  *Id.* at 156.

---

[25] Judge Bates held Iran liable for this attack, which killed U.S. Army SPC Kevin Cardoza. *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 11 (awarding solatium damages to the immediate family members of SPC Cardoza, including Ramiro Cardoza, Jr.).  There are two Plaintiffs associated with this attack—both family members of SPC Cardoza.

### T.    July 23, 2013 Suicide Attack in Wardak Province (Welch Estate)[26]

#### 1.    *Attack Overview*

89.    On July 23, 2013 SPC Welch was serving on a dismounted patrol in Wardak Province.  Ex. I (Gartenstein-Ross Rep.) at 494.  After completing his initial mission of clearing some compounds, he began to head back to Combat Outpost Soltan Kheyl.  *Id.* at 495.  Shortly after he began his movement, members of the unit noticed there was an individual on a donkey waiting for the element to pass.  *Id.*  The unit passed this individual, but eventually reports indicate that the individual on the donkey entered into the formation and detonated an explosive device that was attached to himself and to the donkey.  *Id.*  This led to an explosion in the center of the formation, which wounded SPC Welch and instantly killed another U.S. soldier.  *Id.*  SPC Welch later died of his wounds from this suicide attack.  *Id.*

#### 2.    *Attack Analysis*

90.    The Taliban was responsible for the attack that killed SPC Welch, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Wardak Province, which is enough to determine that the Taliban very likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 495-96.  The terrorists also utilized a suicide attack against SPC Welch—a common Taliban TTP.  *See id.* at 496.  He also noted that several open source reports suggested that the Taliban used animal-borne IEDs in regions where the Taliban maintained a presence.  *Id.* at 496-97.  Dr. Gartenstein-Ross also noted that the U.S. Army's 15-6 Investigation stated the unit's mission was to "clear and search compounds . . . in order to disrupt and prevent the enemy" from establishing a presence "around the local populace."  *Id.* at 497.

---

[26] Judge Bates held Iran liable for this attack, which killed SPC Nickolas Welch and another service member.  *See* Feb. 29, 2024 Op. at *3; *see also Cabrera* Dkt. 250 at 5 (awarding solatium damages to the immediate family members of SPC Welch, including Zackary Welch).  SPC Welch's father is suing on behalf of SPC Welch's estate.

The use of the word "enemy" in this context is commonly used to refer to the Taliban. *Id.* Finally, the Taliban claimed responsibility for this attack, and Dr. Gartenstein-Ross found credible the Taliban's claim of responsibility for this attack. *Id.* Based on these factors, Dr. Gartenstein-Ross found it "likely" that the Taliban was responsible for this attack. *Id.* at 495-99.

91.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire) this IED and recruit, indoctrinate, and train the suicide bomber in advance of the attack." *Id.* at 495. The Taliban would have also generally instructed the suicide bomber on how to target the U.S. forces. *Id.* He thus concluded that "the Taliban likely planned this suicide bombing attack in advance in order to kill others—particularly Coalition forces." *Id*.

**U.    August 12, 2013 IED Attack in Logar Province (Wickliff Chacin Estate)[27]**

   *1.    Attack Overview*

92.    SPC Wickliff Chacin was conducting a dismounted, counter-indirect-fire patrol on August 12, 2013. Ex. H (Wood Rep.) ¶ 987. The patrol was hoping to disrupt insurgent activity at a historic launching point for indirect-fire rounds used to target FOB Shank. *Id.* The patrol was also looking for an IED that had been reported in the area. *Id.* While searching for the IED, an IED detonated, blowing SPC Wickliff Chacin and two other U.S. soldiers into a nearby water canal. *Id.* The platoon immediately treated the casualties, and SPC Wickliff Chacin was medically evacuated to FOB Shank, before making his way to Germany and ultimately the ICU at Brooke Army Medical Center in San Antonio, Texas. *Id.* ¶ 988. He passed away from his wounds on September 20, 2013. *Id.* LTC Wood assesses that this was likely a CWIED attack. *Id.* ¶ 995.

---

[27] Judge Bates held Iran liable for this attack, which killed SPC James Wickliff Chacin. *See* June 28, 2024 Op. at *3; *see also Cabrera* Dkt. 264 at 5 (awarding solatium damages to the immediate family members of SPC Chacin, including Martha Carolina Smith). SPC Wickliff Chacin's mother is suing on behalf of SPC Wickliff Chacin's estate.

### 2.    *Attack Analysis*

93.    The Taliban-led Syndicate was responsible for the attack that killed SPC Wickliff Chacin, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Logar Province, which is an area in which the Taliban "very likely" had dominance at the time of this attack.  *See* Ex. H (Wood Rep.) ¶ 992.  SPC Wickliff Chacin was also killed by an IED—a common Taliban TTP.  *See id.* ¶¶ 996, 1001(b).  LTC Wood also noted that the U.S. Army's investigation regularly referred to "insurgents" and the "enemy," which are commonly used to refer to the Taliban-led Syndicate.  *Id.* ¶ 999.  Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate was responsible for this attack.  *Id.* ¶ 989.

94.    As for an extrajudicial killing, as LTC Wood explained, "the Taliban-led Syndicate needed to construct or in some manner acquire an IED to utilize in this attack," in addition to determining when and where to place it.  *Id.* ¶ 998.  In addition, since this was likely a CWIED attack, the Taliban-led Syndicate needed to train the likely triggerman on how to detonate the device and to escape detection post-detonation.  *Id.*  LTC Wood thus concluded that "the Taliban-led Syndicate likely planned this CWIED attack in advance with the intent to kill others:  in particular, Coalition forces."  *Id.* ¶ 1001(d).

### V.    September 26, 2013 Insider Attack in Paktia Province (Baysore Family)[28]

### 1.    *Attack Overview*

95.    SSG Baysore was stationed at COP Wilderness on September 26, 2013.  Ex. H (Wood Rep.) ¶ 495.  That day, an ANA soldier named Ataul Rahman was walking around with his rifle.  *Id.* ¶ 497.  Personnel saw this and asked him where he was going.  *Id.*  He responded

---

[28] Judge Bates held Iran liable for this attack, which killed SSG Thomas Baysore Jr.  *See* June 28, 2024 Op. at *3; *see also Cabrera* Dkt. 264 at 4 (awarding solatium damages to Angela Kahler, an immediate family member of SSG Baysore).  There are two Plaintiffs associated with this attack—both family members of SSG Baysore.

that he was going to see someone and walked up to a portable latrine, which SSG Baysore had just entered, and fired at least four rounds.  *Id.*  SSG Baysore was struck twice, once in the back and once in the neck, and subsequently died from his wounds.  *Id.*  Rahman continued firing at U.S. soldiers, and the U.S. soldiers fired back.  *Id.* ¶ 498.  They eventually shot and killed him. *Id.*

### 2. *Attack Analysis*

96.     The Taliban-led Syndicate's Haqqani Network was responsible for the attack that killed SSG Baysore, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Paktia Province, which is enough to determine that the Taliban-led Syndicate's Haqqani Network likely committed the attack.  *See* Ex. H (Wood Rep.) ¶ 500.  SSG Baysore was also killed in an insider attack—a common Taliban TTP.  *See id.* ¶ 501.  He also noted that the U.S. Army's investigation associated Rahman with "an insurgent organization" and noted that "local Taliban networks" may have supported this attack.  *Id.* ¶ 507.  The word "insurgent" was commonly used to refer to members of the Taliban-led Syndicate.  *See id.*  Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate's Haqqani Network was responsible for this attack.  *Id.* ¶ 508.

97.     As for an extrajudicial killing, as LTC Wood explained, "the Taliban-led Syndicate's Haqqani Network likely had to identify a potential Afghan soldier target, then recruit and radicalize this Afghan soldier," in addition to training or advising the Afghan soldier about what type of Coalition targets to attack.  *Id.* ¶ 506.  He thus concluded that "the Taliban-led Syndicate's Haqqani Network likely planned this insider attack in advance with the intent to kill others:  in particular, Coalition forces."  *Id.* ¶ 509(e).

### W.    October 5, 2013 IED Attack in Kandahar Province (Patterson Family)[29]

#### 1.    Attack Overview

98.    SPC Patterson was on a mission targeting a "compound of interest" that reportedly contained a variety of weapons on October 5, 2013 in Kandahar Province.  Ex. I (Gartenstein-Ross Rep.) at 73.  An element of the unit pursued an individual fleeing the compound when two individuals detonated suicide vests in short succession.  *Id*.  As other members of the unit moved to provide aid, they triggered a series of pressure-plate IED explosions.  *Id*.  SPC Patterson triggered a pressure-plate IED at 8:02 pm, which killed him and one another service member.  *Id*.  Three minutes later, another U.S. soldier triggered two pressure-plate IEDs, which "were likely connected by detonation cord."  *Id.*  That soldier died in the resulting explosion.  *Id.* All told, there were 12 IED explosions.  *Id*. at 74.

#### 2.    Attack Analysis

99.    The Taliban was responsible for the attack that killed SPC Patterson, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kandahar Province, which is enough to determine that the Taliban likely committed the attack.  *See* Ex. I (Gartenstein-Ross Rep.) at 74-75.  The attackers also used multiple IEDs to attack SPC Patterson—a common Taliban TTP.  *See id.* at 75.  He also noted that the U.S. Army's investigation described "'a Taliban attack planner' in a heavily redacted section."  *Id.*  The report also concluded that SPC Patterson was killed by the blast from an "enemy emplaced" IED.  *Id.*  As Dr. Gartenstein-Ross explained, this use of "enemy" commonly referred to the Taliban.  *Id.*  Dr. Gartenstein-Ross also considered the Taliban's "credible claim of responsibility for this

---

[29] Judge Bates held Iran liable for this attack, which killed three service members, including U.S. Army SPC Cody Patterson.  *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 12 (awarding solatium damages to Nancy R. Wilson, an immediate family member of SPC Patterson).  There are two Plaintiffs associated with this attack— family members of SPC Patterson.

attack" as further supporting his attribution.  *Id.*  Based on these factors, Dr. Gartenstein-Ross found it "very likely" that the Taliban was responsible for this attack.  *Id.* at 74-75.

100.    As for an extrajudicial killing, as Dr. Gartenstein-Ross explained, "the Taliban had to build (or acquire)" these IEDs and choose to place them "in locations of strategic or operational importance to the group," such as this "IED production facility." *Id.* at 74.  He thus concluded that "the Taliban very likely planned this IED attack in advance in order to kill others—particularly Coalition forces." *Id.*

### X.    February 10, 2014 Suicide IED Attack in Kabul (Hughes Family)[30]

#### 1.    *Attack Overview*

101.    Mr. Hughes was riding in an SUV convoy leaving Pul-i-Charkhi Prison on February 10, 2014.  Ex. H (Wood Rep.) ¶ 705.  As the car drove down "prison road," a suicide bomber in a Toyota Corolla crashed into his SUV, causing a "huge fireball." *Id.*  So violent was the blast that the Corolla's engine block flew more than 100 yards away. *Id.*  The blast killed Mr. Hughes and one other U.S. contractor, and it wounded two other U.S. contractors and seven Afghan nationals. *Id.*

#### 2.    *Attack Analysis*

102.    The Taliban-led Syndicate's Kabul Attack Network was responsible for the attack that killed Mr. Hughes, a national of the United States and U.S. contractor, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kabul Province, which is enough to determine that the Taliban likely committed the attack. *See* Ex. H (Wood Rep.) ¶ 707.  Mr. Hughes was also killed by an SVBIED—a common Taliban TTP. *See id.* ¶ 715(b).  He noted that the U.S. government

---

[30] Judge Bates held Iran liable for this attack, which killed DynCorp International contractor Mr. Michael Hughes.  *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 12 (awarding solatium damages to the immediate family members of Mr. Hughes, including Kristine Anne Zitny).  There is one Plaintiff associated with this attack—a family member of Mr. Hughes.

attributed the SVBIED attack to "HIG," "an active participant in the Kabul Attack Network, a collection of insurgent groups that was a part of the Taliban-led Syndicate." *Id.* ¶ 712. And he noted that HIG itself claimed responsibility for the attack. *Id.* ¶ 713. LTC Wood clarified that "based on [his] experience and expert opinion . . . HIG would not have been able to conduct the attack without the help of other members of the Taliban-led Syndicate's Kabul Attack Network," as "[s]uicide bombing attacks were not a normal attack methodology for HIG, with only three suicide bombing attacks attributed to them during the entire Afghan conflict." *Id.* Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate's Kabul Attack Network was responsible for this attack. *Id.* ¶ 714.

103.    As for an extrajudicial killing, as LTC Wood explained, "the Taliban-led Syndicate's Kabul Attack Network had to acquire the car and explosives for this attack," in addition to determining when and where to conduct it and train the SVBIED team. *Id.* ¶ 711. He thus concluded that "the Taliban-led Syndicate's Kabul Attack Network likely planned this SVBIED attack in advance with the intent to kill others: in particular, Americans and Coalition forces." *Id.* ¶ 715(d).

### Y.    February 15, 2014 Complex Attack in Helmand Province (Torian Family and Estate)[31]

#### 1.    *Attack Overview*

104.    MSgt Torian was a Marine Special Operations Team Leader operating in Helmand Province on February 15, 2014. Ex. H (Wood Rep.) ¶¶ 1111-12. While on a partnered mission with ANA Special Forces and other Afghan forces, a friendly vehicle rolled onto its

---

[31] Judge Bates held Iran liable for this attack, which killed MSgt Aaron Torian. *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 17 (awarding solatium damages to the immediate family members of MSgt Torian, including Nathan Ewell Torian). There are four Plaintiffs associated with this attack—three are family members of MSgt Torian, and MSgt Torian's widow is suing on behalf of MSgt Torian's estate.

side. *Id.* ¶ 1112. During recovery operations, MSgt Torian identified a PPIED and called for an EOD team to render the device safe. *Id.* He then walked forward along the line of stopped vehicles to warn the Afghan allies about the IED. *Id.* As he was walking forward, MSgt Torian activated another PPIED. *Id.* After the explosion, small arms fire broke out. *Id.* ¶ 1113. Soldiers moved MSgt Torian to the front of the vehicle to treat him, and he was later evacuated by helicopter. *Id.* Unfortunately, MSgt Torian died of his wounds that evening. *Id.*

### 2.    *Attack Analysis*

105.    The Taliban was responsible for the attack that killed MSgt Torian, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2). The attack took place in Helmand Province, which is an area in which the Taliban "very likely" had dominance at the time of this attack. *See* Ex. H (Wood Rep.) ¶ 1116. MSgt Torian was also killed by an IED-initiated complex attack—a common Taliban TTP. *See id.* ¶ 1126(b). He also noted that the U.S. Army's investigation attributed the attack to the "enemy" and "insurgents," terms which are commonly used to refer to the Taliban. *Id.* ¶ 1124. Based on these factors, LTC Wood concluded with high confidence that the Taliban was responsible for this attack. *Id.* ¶ 1114.

106.    As for an extrajudicial killing, as LTC Wood explained, "the Taliban had to acquire the weapons for this complex attack—the IED, small arms, and ammunition," in addition to determining when and where to launch the attack. *Id.* ¶ 1123. He thus concluded that "the Taliban likely planned this IED-initiated complex attack in advance with the intent to kill others: in particular, Coalition forces." *Id.* ¶ 1126(d).

### Z.    August 22, 2015 Suicide Bombing Attack in Kabul (Dodge Family)[32]

#### 1.    *Attack Overview*

107.    Mr. Dodge was a passenger in an armored pickup truck down a crowded residential street the evening of August 22, 2015.  Ex. H (Wood Rep.) ¶ 748.  When the vehicle was near the Sarak Clinic in Kabul City, an SVBIED detonated and struck the pickup truck.  *Id.* The blast was "significant."  *Id.*  Mr. Dodge and two other U.S. DynCorp contractors were killed. *Id.*  Nine Afghan nationals also died in the blast, and 66 Afghan nationals were injured.  *Id.*

#### 2.    *Attack Analysis*

108.    The Taliban-led Syndicate's Kabul Attack Network was responsible for the attack that killed Mr. Dodge, a national of the United States and U.S. contractor, *see* 28 U.S.C. § 1605A(a)(2).  The attack took place in Kabul Province, which is enough to determine that the Taliban very likely committed the attack.  *See* Ex. H (Wood Rep.) ¶ 750.  Mr. Dodge was also killed by an SVBIED—a common Taliban TTP.  *See id.* ¶ 759(c).  LTC Wood also noted that although the Taliban-led Syndicate's spokesman denied responsibility for the attack, his "expert assessment is that the Taliban-led Syndicate falsely denied being involved in the attack due to perceived frustration with the large number of civilian casualties the attack caused."  *Id.* ¶ 757. Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate's Kabul Attack Network was responsible for this attack.  *Id.* ¶ 749.

109.    As for an extrajudicial killing, as LTC Wood explained, "the Taliban-led Syndicate's Kabul Attack Network had to acquire the car and explosives for this attack," in addition to determining when and where to conduct it and train the SVBIED team.  *Id.* ¶ 756.  He

---

[32] Judge Bates held Iran liable for this attack, which killed DynCorp International contractor Mr. Corey Dodge.  *See* June 28, 2024 Op. at *5; *see also Cabrera* Dkt. 264 at 14 (awarding solatium damages to Kelli-Jo Dodge, an immediate family member of Mr. Dodge). There are six Plaintiffs associated with this attack—all family members of Mr. Dodge.

thus concluded that "the Taliban-led Syndicate's Kabul Attack Network likely planned this SVBIED attack in advance with the intent to kill others: in particular, Americans and Coalition forces." *Id.* ¶ 759(d).

### AA. November 12, 2016 Suicide Attack in Bagram, Parwan Province (Brown Family)[33]

#### 1. Attack Overview

110.    Hundreds of personnel were gathered in the early morning of November 12, 2016 at the "Disney Clamshell" of Bagram Airfield for a 5k run. Ex. H (Wood Rep.) ¶ 889. At around 5:30 AM local time, a locally employed Afghan national named Ahmad Nayeb Abdul Zuhoor was standing on a sidewalk near Disney Road. *Id.* While there, a group of U.S. soldiers passed him—they had just learned that they could not conduct physical training at the Disney Clamshell as planned. *Id.* Nayeb then jumped out at the soldiers and detonated an SVIED containing potassium chlorate, ball bearings, and bolts. *Id.* The detonation killed PFC Iubelt, SSG Perry, Mr. Provost, COL (R) Reeves, and SFC Brown, among others. *Id.* Seventeen others were wounded. *Id.*

#### 2. Attack Analysis

111.    The Taliban-led Syndicate was responsible for the attack that killed SFC Brown, a member of the armed forces, *see* 28 U.S.C. § 1605A(a)(2). The attack took place in Parwan Province, which is enough to determine that the Taliban likely committed the attack. *See* Ex. H (Wood Rep.) ¶ 891. SFC Brown was also killed in a suicide attack—a common Taliban TTP.

---

[33] Judge Bates held Iran liable for this attack, which killed PFC Tyler Iubelt, SSG John Perry, Mr. Peter Provost, COL (R) Jarrold Reeves Jr, and SFC Allan Eric Brown. *See* June 28, 2024 Op. at *6; *see also Cabrera* Dkt. 264 at 19 (awarding solatium damages to immediate family members of PFC Iubelt, including Shelby Iubelt). Although the expert report submitted in *Cabrera* does not mention SFC Brown, the underlying evidence for the details about this terrorist attack was an AR 15-6, which mentioned both PFC Iubelt and SFC Brown as victims in this attack. There is one Plaintiff associated with this attack—a family member of SFC Brown.

*See* Bellwether Op. at \*17.  He also noted that the Taliban-led Syndicate claimed responsibility for the attack, which is usually a reliable indicator of Taliban-led Syndicate involvement.  Ex. H (Wood Rep.) ¶ 901.  Based on these factors, LTC Wood concluded with high confidence that the Taliban-led Syndicate was responsible for this attack.  *Id.* ¶ 890.

112.    As for an extrajudicial killing, as LTC Wood explained, the Taliban-led Syndicate had to create the SVIED, in addition to planning the location and time of the attack and training Nayeb on how to deploy it.  *Id.* ¶ 899.  LTC Wood also points to evidence showing that Nayeb smuggled small amounts of explosives onto the base over several weeks, and that he likely assembled the SVIED at his workstation.  *Id.* ¶ 897.  LTC Wood thus concluded that "the Taliban-led Syndicate likely planned this SVIED attack in advance with the intent to kill others: in particular, Coalition forces."  *Id.* ¶ 903(d).

Dated:  October 15, 2024

Respectfully submitted,

*/s/ Grace W. Knofczynski*
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 1500407)
James A. Ruck (D.C. Bar No. 1739309)
Chase H. Robinett (D.C. Bar No. 90008072)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
jruck@kellogghansen.com
crobinett@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

Andrew R. Dunlap (*pro hac vice*)
Will Rathgeber (*pro hac vice*)
Esther D. Ness (*pro hac vice*)
Selendy Gay PLLC
1290 Avenue of the Americas
New York, N.Y. 10104
Tel:  (212) 390-9363
adunlap@selendygay.com
wrathgeber@selendygay.com
eness@selendygay.com

*Counsel for Plaintiffs*