IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMANDA ADAMKAVICIUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:23-cv-03571-ABJ |

## ORDER APPOINTING SPECIAL MASTERS

Upon consideration of Plaintiffs' Motion to Appoint Special Masters and Adopt Administrative Plan Concerning Special Masters in the above-captioned case, and the entire record herein, it is hereby

**ORDERED** that David L. Broom, Esq.; the Honorable Rosalyn Chapman (Ret.); Shelby R. Grubbs, Esq.; and Stephen A. Saltzburg, Esq. are hereby **APPOINTED** Special Masters to make recommendations as to damages and, where necessary, liability, for the Tranche 1 Plaintiffs.

This appointment is contingent upon each Special Master submitting within thirty (30) days after entry of this Order a signed declaration disclosing any ground for disqualification under 28 U.S.C. § 455 and agreeing to abide by the final Administrative Plan.

Plaintiffs shall divide the claims proportionally between each Special Master based on their availability to ensure that his or her work may be completed as efficiently as possible.

**SO ORDERED.**

*/s/ Amy B. Jackson*

AMY BERMAN JACKSON
**Unites States District Judge**

Date: September 17, 2025